DANIELLE OCHS, CA Bar No. 178677
danielle.ochs@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel: 415-442-4810 / Fax: 415-442-4870

JILL L. SCHUBERT, CA Bar No. 305252
jill.schubert@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Tel.: 916.840-3150 / Fax: 916-840-3159

Attorneys for Defendants
LITTLE CAESAR ENTERPRISES, INC. and
BLUE LINE FOODSERVICE DISTRIBUTION, INC.

JOSEPH M. LOVRETOVICH
ERIC GRUZEN
RUTH GEWING
JML LAW
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Tel.: 818.610.8800 / Fax: 818. 610.3030

Attorneys for Plaintiff
MINERVA HERNANDEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINERVA HERNANDEZ, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>LITTLE CAESARS ENTERPRISES, INC.; BLUE LINE FOODSERVICE DISTRIBUTION, INC.; and Does 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-02513-MCE-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

////

////

Plaintiff MINERVA HERNANDEZ and Defendants LITTLE CAESAR ENTERPRISES, INC. and BLUE LINE FOODSERVICE DISTRIBUTION, INC., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED:  September 1, 2020         OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.


                                  By:  */s/ Jill L. Schubert*
                                       DANIELLE OCHS
                                       JILL L. SCHUBERT

                                       Attorneys for Defendants
                                       LITTLE CAESAR ENTERPRISES, INC.
                                       AND BLUE LINE DISTRIBUTION, INC.

DATED:  September 1, 2020         JML LAW


                                  By:  */s/ Ruth Gewing*
                                       JOSEPH M. LOVRETOVICH
                                       ERIC GRUZEN
                                       RUTH GEWING

                                       Attorneys for Plaintiff
                                       MINERVA HERNANDEZ

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from the other signatore.

DATED:  September 1, 2020         OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.


                                  By:  */s/ Jill L. Schubert*
                                       DANIELLE OCHS
                                       JILL L. SCHUBERT

                                       Attorneys for Defendants
                                       LITTLE CAESAR ENTERPRISES, INC. AND
                                       BLUE LINE DISTRIBUTION, INC

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties.  Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**Dated:  September 3, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE